UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ERNEST SAMPSON,

               **Plaintiff,**        **:**

   **v.**                             Case No. 2:25-cv-1529
                                      Chief Judge Sarah D. Morrison
                                      Magistrate Judge S. Courter M.
                                      Shimeall

PORTFOLIO RECOVERY
ASSOCIATES, LLC,             **:**

               **Defendant.**

## ORDER

In a March 9, 2026 Report and Recommendation, the Magistrate Judge recommended that the Court dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b). (ECF No. 6.) Plaintiff Ernest Sampson was advised of the right to file objections to the Report and Recommendation and the consequences of failing to do so. (*Id*.) Still, no objections have been filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, this action is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

      **IT IS SO ORDERED.**

                              /s/ Sarah D. Morrison
                              **SARAH D. MORRISON, CHIEF JUDGE**
                              **UNITED STATES DISTRICT COURT**